IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Katie Adams

Civil Case # 1:21-cv-06465-RLY-TAB

**MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE
TO FILE SECOND AMENDED SHORT FORM COMPLAINT**

COMES NOW, Cynthia Adams Langston, surviving daughter of Katie Adams, and files this motion to substitute as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, the Movant respectfully shows the court the following:

1. Plaintiff Katie Adams filed her Original Complaint in the United States District Court for the Northern District of Georgia on May 3, 2021. The case was transferred to the United States District Court for the Southern District of Indiana on June 3, 2021.

2. Plaintiff Katie Adams died on or about January 7, 2024.

3. On August 1, 2025, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a)(1). *See* Doc. No. 26961. Plaintiff's counsel recently learned of the death of Katie Adams after contacting her daughter.

4. Cynthia Adams Langston, surviving daughter of Katie Adams, is the proper party plaintiff to substitute for Plaintiff-decedent Katie Adams and to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1),

stating, "[i]f a party dies, and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

5. Plaintiff thus moves to substitute Cynthia Adams Langston, as Representative of the Estate of Katie Adams, Deceased, as Plaintiff in the present action.

6. Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiff (specifically, Cynthia Adams Langston, as Representative of the Estate of Katie Adams, Deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff Katie Adams is now deceased.

7. A proposed Second Amended Short Form Complaint is attached hereto as Exhibit "A".

8. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave. The Court should freely give leave when justice so requires.

WHEREFORE, counsel for Plaintiff requests this Court for the following relief (1) the Court substitute Cynthia Adams Langston, as Representative of the Estate of Katie Adams, Deceased, as Party Plaintiff for Katie Adams; (2) the Court grant leave to file the attached Second Amended Short Form Complaint (Case 1:21-cv-06465-RLY-TAB); and, (3) the Court deem the attached Second Amended Short Form Complaint filed instanter. A proposed Order is attached hereto as Exhibit "B".

Dated: November 4, 2025.

Respectfully Submitted,

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon, TX Bar No. 01284275
**Ben Martin Law Group, PLLC**
3500 Maple Avenue, Suite 400
Dallas, TX 75219
Tel.: (214) 761-6614
Fax: (214) 744-7590
tarbon@bencmartin.com

***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon